# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Moody, Jr., James S. | U.S. DISTRICT COURT MIDDLE DISTRICT FL | 02/16/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT COURT JUDGE (SENIOR STATUS) | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 1/1/2014 to 12/31/2014 |

**7. Chambers or Office Address**

U.S. DISTRICT COURT
801 NORTH FLORIDA AVE #13A
TAMPA, FL 33602

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | ▨▨▨▨ TRUST |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 02/16/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | HUMANA/COMPBENEFITS, INC. - SALARY |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 02/16/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Merrill Lynch | Margin Loan | M |
| 2. Merrill Lynch | Margin Loan | P1 |
| 3. Moody Investments | Loan | O |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 02/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   SUNTRUST CASH ACCOUNTS | | | | | | | | | |
| 2.   -- Individual Checking | A | Int./Div. | J | T | | | | | |
| 3.   -- McIntosh Road | A | Int./Div. | J | T | | | | | |
| 4.   -- Checking | A | Int./Div. | J | T | | | | | |
| 5.   -- Savings | A | Int./Div. | J | T | | | | | |
| 6.   -- Individual | A | Int./Div. | J | T | | | | | |
| 7.   MERRILL LYNCH CASH ACCOUNTS | | | | | | | | | |
| 8.   -- Bilmar | A | Int./Div. | | | Closed | 04/30/14 | J | | |
| 9.   -- Individual #1 | A | Int./Div. | K | T | | | | | |
| 10.   -- Individual #2 | A | Int./Div. | J | T | | | | | |
| 11.   -- Individual #3 | A | Int./Div. | J | T | | | | | |
| 12.   -- | A | Int./Div. | K | T | | | | | |
| 13.   -- | A | Int./Div. | J | T | | | | | |
| 14.   --      Trust #1 | A | Int./Div. | | | Closed | 01/31/14 | J | | |
| 15.   -- Partnership | D | Int./Div. | N | T | | | | | |
| 16.   -- Partnership | C | Int./Div. | L | T | | | | | |
| 17.   -- Trust #1 Inc. Bene | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 02/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   -- Trust #1 Inc. Bene███ | A | Int./Div. | K | T | | | | | |
| 19.   -- ICM Trust███) | A | Int./Div. | | | Closed | 09/30/14 | J | | |
| 20.   -- ICM Trust███ | A | Int./Div. | | | Closed | 10/31/14 | J | | |
| 21.   MERRILL LYNCH NON-Q███████ ███ | | | | | | | | | |
| 22.   -- STI | A | Dividend | J | T | | | | | |
| 23.   -- BAC | C | Dividend | N | T | | | | | |
| 24.   -- RF | A | Dividend | K | T | | | | | |
| 25.   -- CAT | | None | | | Buy<br>(add'l) | 03/13/14 | L | | |
| 26. | | | | | Sold | 05/21/14 | M | D | |
| 27.   -- CAT Options | | None | | | Sold | 03/28/14 | J | | |
| 28.   -- DMND | | None | | | Sold | 02/26/14 | K | | |
| 29. | | | | | Buy | 03/13/14 | K | | |
| 30. | | | | | Sold | 03/26/14 | K | | |
| 31.   -- DMND Options | | None | | | Sold | 03/11/14 | J | | |
| 32.   -- NLY | B | Dividend | K | T | | | | | |
| 33.   -- ARCC | A | Dividend | J | T | | | | | |
| 34.   -- BP | B | Dividend | L | T | Buy | 04/28/14 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Moody, Jr., James S. | 02/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 05/09/14 | L | B | |
| 36. | | | | | Buy | 08/26/14 | K | | |
| 37. | | | | | Buy (add'l) | 11/28/14 | K | | |
| 38.   -- CSQ | A | Dividend | J | T | | | | | |
| 39.   -- DOW | | None | | | Sold | 03/26/14 | L | E | |
| 40. | | | | | Buy | 04/15/14 | L | | |
| 41. | | | | | Sold | 06/25/14 | L | C | |
| 42.   -- DOW Options | | None | | | Sold | 04/11/14 | J | | |
| 43. | | | | | Sold | 05/20/14 | J | | |
| 44.   -- MOS | D | Dividend | N | T | Sold | 01/23/14 | L | A | |
| 45. | | | | | Buy | 01/27/14 | L | | |
| 46. | | | | | Sold | 02/26/14 | L | A | |
| 47. | | | | | Buy | 04/28/14 | L | | |
| 48. | | | | | Buy (add'l) | 06/23/14 | M | | |
| 49. | | | | | Sold (part) | 06/25/14 | L | B | |
| 50. | | | | | Buy (add'l) | 06/30/14 | M | | |
| 51. | | | | | Buy (add'l) | 07/09/14 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 02/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 11/28/14 | K | | |
| 53.   -- MOS Options | | None | | | Sold | 01/23/14 | J | | |
| 54. | | | | | Sold | 04/24/14 | J | | |
| 55. | | | | | Sold | 05/20/14 | J | | |
| 56. | | | | | Sold | 06/19/14 | J | | |
| 57. | | | | | Sold | 06/26/14 | J | | |
| 58. | | | | | Sold | 07/22/14 | J | | |
| 59. | | | | | Sold | 08/21/14 | J | | |
| 60. | | | | | Sold | 12/26/14 | J | | |
| 61.   -- ESV | D | Dividend | M | T | Buy (add'l) | 02/27/14 | L | | |
| 62. | | | | | Buy (add'l) | 06/23/14 | L | | |
| 63. | | | | | Buy (add'l) | 07/09/14 | K | | |
| 64. | | | | | Buy (add'l) | 12/10/14 | K | | |
| 65. | | | | | Sold (part) | 12/24/14 | K | | |
| 66. | | | | | Buy (add'l) | 12/30/14 | K | | |
| 67.   -- ESV Options | | None | | | Sold | 02/25/14 | J | | |
| 68. | | | | | Sold | 03/28/14 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 02/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 07/07/14 | J | | |
| 70.  -- CRC | A | Dividend | J | T | Spinoff (from line 73) | 11/24/14 | J | | |
| 71.  -- NPSP | A | Dividend | K | T | Buy | 11/28/14 | K | | |
| 72.  -- NPSP Options | | None | | | Sold | 11/25/14 | J | | |
| 73.  -- OXY | C | Dividend | L | T | Buy | 04/28/14 | L | | |
| 74. | | | | | Sold | 06/10/14 | L | A | |
| 75. | | | | | Buy | 11/28/14 | L | | |
| 76.  -- OXY Options | | None | | | Sold | 04/24/14 | J | | |
| 77. | | | | | Sold | 12/26/14 | J | | |
| 78.  -- SU | B | Dividend | L | T | Buy | 11/28/14 | L | | |
| 79.  -- SU Options | | None | | | Sold | 11/25/14 | J | | |
| 80. | | | | | Sold | 12/26/14 | J | | |
| 81.  -- PG | A | Dividend | | | Buy | 01/06/14 | L | | |
| 82. | | | | | Buy (add'l) | 02/27/14 | L | | |
| 83. | | | | | Sold | 04/23/14 | M | A | |
| 84.  -- PG Options | | None | | | Sold | 01/02/14 | J | | |
| 85. | | | | | Sold | 03/28/14 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 02/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   -- POT | A | Dividend | | | Buy | 02/04/14 | K | | |
| 87. | | | | | Sold | 02/26/14 | K | B | |
| 88.   -- TUP | A | Dividend | | | Buy | 02/21/14 | K | | |
| 89. | | | | | Buy (add'l) | 03/06/14 | L | | |
| 90. | | | | | Sold | 03/19/14 | M | C | |
| 91.   -- TUP Options | | None | | | Sold | 02/19/14 | K | | |
| 92.   -- COP | A | Dividend | | | Buy | 02/21/14 | L | | |
| 93. | | | | | Sold | 03/26/14 | L | B | |
| 94.   -- ADM | A | Dividend | | | Buy | 03/06/14 | L | | |
| 95. | | | | | Sold | 03/26/14 | L | A | |
| 96.   -- ADM Options | | None | | | Sold | 03/04/14 | J | | |
| 97.   -- LO | A | Dividend | | | Buy | 03/24/14 | M | | |
| 98. | | | | | Sold | 04/23/14 | M | C | |
| 99. | | | | | Buy | 05/27/14 | M | | |
| 100. | | | | | Sold | 06/25/14 | M | A | |
| 101.   -- LO Options | | None | | | Sold | 03/20/14 | J | | |
| 102. | | | | | Sold | 05/22/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 02/16/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -- INCY | A | Dividend | | | Buy | 04/01/14 | L | | |
| 104. | | | | | Buy (add'l) | 05/22/14 | K | | |
| 105. | | | | | Buy (add'l) | 06/23/14 | L | | |
| 106. | | | | | Sold (part) | 06/25/14 | M | C | |
| 107. | | | | | Buy (add'l) | 6/30/14 | L | | |
| 108. | | | | | Sold | 11/26/14 | M | | |
| 109.  -- INCY Options | | None | | | Sold | 03/28/14 | J | | |
| 110. | | | | | Sold | 05/20/14 | J | | |
| 111. | | | | | Sold | 06/19/14 | J | | |
| 112. | | | | | Sold | 06/26/14 | J | | |
| 113. | | | | | Sold | 07/22/14 | J | | |
| 114. | | | | | Sold | 08/21/14 | J | | |
| 115. | | | | | Sold | 09/30/14 | J | | |
| 116. | | | | | Sold | 10/22/14 | J | | |
| 117.  -- EMN | A | Dividend | | | Buy | 04/01/14 | L | | |
| 118. | | | | | Sold | 06/25/14 | L | C | |
| 119. | | | | | Buy | 06/30/14 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. | | | | | Sold | 11/26/14 | M | | |
| 121. -- EMN Options | | None | | | Sold | 03/28/14 | J | | |
| 122. | | | | | Sold | 06/26/14 | J | | |
| 123. | | | | | Sold | 07/22/14 | J | | |
| 124. | | | | | Sold | 08/21/14 | J | | |
| 125. | | | | | Sold | 10/22/14 | J | | |
| 126. -- TM | A | Dividend | | | Buy | 05/30/14 | M | | |
| 127. | | | | | Sold (part) | 06/23/14 | L | A | |
| 128. | | | | | Sold | 06/25/14 | L | A | |
| 129. -- TM Options | | None | | | Sold | 05/28/14 | J | | |
| 130. Merrill Lynch Investment Partnerhip ▓▓▓ | | | | | | | | | |
| 131. -- MTGE | D | Dividend | K | T | | | | | |
| 132. -- STI | A | Dividend | | | Buy (add'l) | 03/31/14 | M | | |
| 133. | | | | | Sold | 09/24/14 | N | | |
| 134. -- STI Options | | None | | | Sold | 03/20/14 | J | | |
| 135. | | | | | Sold | 03/27/14 | J | | |
| 136. | | | | | Sold | 04/24/14 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 02/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 06/19/14 | J | | |
| 138. | | | | | Sold | 07/22/14 | J | | |
| 139. | | | | | Sold | 08/20/14 | J | | |
| 140. -- CAT | A | Dividend | | | Sold | 01/21/14 | O | C | |
| 141. | | | | | Buy | 01/27/14 | M | | |
| 142. | | | | | Sold (part) | 02/26/14 | M | A | |
| 143. | | | | | Sold | 04/21/14 | L | D | |
| 144. | | | | | Buy | 05/05/14 | M | | |
| 145. | | | | | Sold (part) | 06/25/14 | M | | |
| 146. | | | | | Sold | 07/21/14 | M | D | |
| 147. | | | | | Buy | 07/23/14 | M | | |
| 148. | | | | | Sold | 11/26/14 | M | | |
| 149. -- CAT Options | | None | | | Sold | 01/27/14 | J | | |
| 150. | | | | | Sold | 03/25/14 | J | | |
| 151. | | | | | Sold | 05/01/14 | J | | |
| 152. | | | | | Sold | 05/13/14 | J | | |
| 153. | | | | | Sold | 06/26/14 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 02/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 07/21/14 | J | | |
| 155. | | | | | Sold | 08/21/14 | J | | |
| 156. | | | | | Sold | 09/23/14 | J | | |
| 157. -- FTR | D | Dividend | L | T | | | | | |
| 158. -- COP | D | Dividend | | | Buy (add'l) | 01/23/14 | M | | |
| 159. | | | | | Sold (part) | 03/26/14 | M | | |
| 160. | | | | | Sold (part) | 04/23/14 | M | C | |
| 161. | | | | | Sold | 12/24/14 | M | B | |
| 162. -- COP Options | | None | | | Sold | 02/25/14 | J | | |
| 163. | | | | | Sold | 12/08/14 | J | | |
| 164. | | | | | Sold | 12/10/14 | M | | |
| 165. -- ARLP | D | Dividend | | | Sold | 02/07/14 | M | C | |
| 166. -- ARLP Options | | None | | | Sold | 01/27/14 | J | | |
| 167. -- ARCC | C | Dividend | K | T | | | | | |
| 168. -- AGNC | D | Dividend | M | T | | | | | |
| 169. -- OXY | E | Dividend | O | T | Buy (add'l) | 01/27/14 | M | | |
| 170. | | | | | Sold | 02/26/14 | N | D | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 02/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy | 03/03/14 | N | | |
| 172. | | | | | Buy (add'l) | 03/14/14 | L | | |
| 173. | | | | | Buy (add'l) | 03/31/14 | N | | |
| 174. | | | | | Sold (part) | 04/23/14 | N | | |
| 175. | | | | | Buy (add'l) | 04/28/14 | N | | |
| 176. | | | | | Buy (add'l) | 05/20/14 | M | | |
| 177. | | | | | Sold | 06/10/14 | O | E | |
| 178. | | | | | Buy | 06/30/14 | M | | |
| 179. | | | | | Buy (add'l) | 07/24/14 | M | | |
| 180. | | | | | Buy (add'l) | 09/25/14 | M | | |
| 181. | | | | | Buy (add'l) | 10/02/14 | M | | |
| 182. | | | | | Buy (add'l) | 11/28/14 | N | | |
| 183. -- OXY Options | None | | | | Sold | 01/23/14 | J | | |
| 184. | | | | | Sold | 01/27/14 | J | | |
| 185. | | | | | Sold | 03/04/14 | J | | |
| 186. | | | | | Sold | 03/12/14 | J | | |
| 187. | | | | | Sold | 03/27/14 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 02/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 04/24/14 | J | | |
| 189. | | | | | Sold | 05/16/14 | J | | |
| 190. | | | | | Sold | 05/20/14 | J | | |
| 191. | | | | | Sold | 05/22/14 | J | | |
| 192. | | | | | Sold | 06/26/14 | J | | |
| 193. | | | | | Sold | 07/22/14 | J | | |
| 194. | | | | | Sold | 08/19/14 | J | | |
| 195. | | | | | Sold | 09/23/14 | J | | |
| 196. | | | | | Sold | 09/30/14 | J | | |
| 197. | | | | | Sold | 10/21/14 | J | | |
| 198. | | | | | Sold | 11/25/14 | J | | |
| 199. | | | | | Sold | 11/25/14 | J | | |
| 200. | | | | | Sold | 12/24/14 | J | | |
| 201.  -- GIS | A | Dividend | | | Buy (add'l) | 01/23/14 | L | | |
| 202. | | | | | Buy (add'l) | 01/27/14 | L | | |
| 203. | | | | | Sold | 02/26/14 | N | A | |
| 204.  -- GIS Options | | None | | | Sold | 01/23/14 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Moody, Jr., James S. | 02/16/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -- PEP | A | Dividend | | | Sold | 01/23/14 | M | | |
| 206. | | | | | Buy | 01/27/14 | M | | |
| 207. | | | | | Buy (add'l) | 02/27/14 | M | | |
| 208. | | | | | Buy (add'l) | 03/03/14 | M | | |
| 209. | | | | | Sold (part) | 03/26/14 | N | C | |
| 210. | | | | | Sold | 04/23/14 | M | B | |
| 211. -- PEP Options | | None | | | Sold | 01/27/14 | J | | |
| 212. | | | | | Sold | 02/25/14 | J | | |
| 213. | | | | | Sold | 02/27/14 | J | | |
| 214. -- AB | A | Dividend | | | Sold (part) | 01/23/14 | K | B | |
| 215. | | | | | Buy (add'l) | 01/24/14 | K | | |
| 216. | | | | | Sold (part) | 02/21/14 | L | | |
| 217. | | | | | Sold (part) | 02/24/14 | L | B | |
| 218. | | | | | Sold | 04/23/14 | K | C | |
| 219. -- AB Options | | None | | | Sold | 01/22/14 | J | | |
| 220. | | | | | Sold | 02/26/14 | J | | |
| 221. -- JPM | A | Dividend | | | Sold | 01/06/14 | M | D | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 02/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  -- MOS | D | Dividend | N | T | Buy (add'l) | 01/06/14 | L | | |
| 223. | | | | | Sold (part) | 01/23/14 | O | E | |
| 224. | | | | | Buy (add'l) | 01/27/14 | M | | |
| 225. | | | | | Sold (part) | 02/26/14 | N | | |
| 226. | | | | | Buy (add'l) | 03/03/14 | M | | |
| 227. | | | | | Sold (part) | 03/26/14 | M | A | |
| 228. | | | | | Buy (add'l) | 06/23/14 | M | | |
| 229. | | | | | Sold (part) | 06/25/14 | M | D | |
| 230. | | | | | Buy (add'l) | 07/09/14 | M | | |
| 231. | | | | | Buy (add'l) | 07/23/14 | M | | |
| 232.  -- MOS Options | | None | | | Sold | 01/02/14 | J | | |
| 233. | | | | | Sold | 01/23/14 | J | | |
| 234. | | | | | Sold | 02/27/14 | J | | |
| 235. | | | | | Sold | 04/24/14 | J | | |
| 236. | | | | | Sold | 05/20/14 | J | | |
| 237. | | | | | Sold | 06/19/14 | J | | |
| 238. | | | | | Sold | 07/07/14 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 02/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. | | | | | Sold | 07/21/14 | J | | |
| 240. | | | | | Sold | 08/21/14 | J | | |
| 241. | | | | | Sold | 11/25/14 | J | | |
| 242. | | | | | Sold | 12/24/14 | J | | |
| 243.  -- POT | D | Dividend | M | T | Buy<br>(add'l) | 01/08/14 | M | | |
| 244. | | | | | Sold<br>(part) | 01/16/14 | M | | |
| 245. | | | | | Sold<br>(part) | 01/23/14 | L | B | |
| 246. | | | | | Buy<br>(add'l) | 01/24/14 | L | | |
| 247. | | | | | Sold<br>(part) | 02/26/14 | M | D | |
| 248. | | | | | Buy | 02/27/14 | L | | |
| 249. | | | | | Buy<br>(add'l) | 03/03/14 | L | | |
| 250. | | | | | Sold | 03/26/14 | M | | |
| 251. | | | | | Buy | 06/23/14 | L | | |
| 252. | | | | | Buy<br>(add'l) | 07/24/14 | K | | |
| 253. | | | | | Buy<br>(add'l) | 11/28/14 | K | | |
| 254. | | | | | Sold<br>(part) | 12/24/14 | K | | |
| 255.  -- POT Options | | None | | | Sold | 01/02/14 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 02/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold | 01/06/14 | J | | |
| 257. | | | | | Sold | 01/22/14 | J | | |
| 258. | | | | | Sold | 02/25/14 | J | | |
| 259. | | | | | Sold | 02/27/14 | J | | |
| 260. | | | | | Sold | 06/19/14 | J | | |
| 261.  -- DMND | None | M | | T | Sold | 01/23/14 | L | | |
| 262. | | | | | Buy | 01/24/14 | M | | |
| 263. | | | | | Sold (part) | 02/26/14 | K | | |
| 264. | | | | | Sold (part) | 03/26/14 | L | B | |
| 265. | | | | | Buy (add'l) | 03/28/14 | L | | |
| 266. | | | | | Buy (add'l) | 03/31/14 | L | | |
| 267. | | | | | Buy (add'l) | 04/28/14 | K | | |
| 268. | | | | | Buy (add'l) | 05/05/14 | L | | |
| 269.  -- DMND Options | None | | | | Sold | 01/22/14 | J | | |
| 270. | | | | | Sold | 03/27/14 | J | | |
| 271. | | | | | Sold | 04/24/14 | J | | |
| 272. | | | | | Sold | 05/01/14 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold | 06/24/14 | J | | |
| 274. | | | | | Sold | 06/25/14 | J | | |
| 275. | | | | | Sold | 07/22/14 | J | | |
| 276. | | | | | Sold | 08/20/14 | J | | |
| 277. | | | | | Sold | 10/22/14 | J | | |
| 278. | | | | | Sold | 11/25/14 | J | | |
| 279. | | | | | Sold | 12/24/14 | J | | |
| 280. -- NLY | A | Dividend | K | T | | | | | |
| 281. -- BKBK | | None | | | Sold | 02/18/14 | L | B | |
| 282. -- CL | A | Dividend | | | Buy (add'l) | 02/27/14 | M | | |
| 283. | | | | | Sold | 03/26/14 | M | B | |
| 284. -- CL Options | | | | | Sold | 01/23/14 | J | | |
| 285. | | | | | Sold | 02/25/14 | J | | |
| 286. -- AINV | D | Dividend | L | T | | | | | |
| 287. -- GRBS | | None | L | T | | | | | |
| 288. -- WERN | A | Dividend | | | Sold | 03/26/14 | M | A | |
| 289. -- TUP | E | Dividend | O | T | Buy (add'l) | 01/16/14 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 02/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 01/27/14 | M | | |
| 291. | | | | | Buy (add'l) | 01/29/14 | L | | |
| 292. | | | | | Buy (add'l) | 02/27/14 | M | | |
| 293. | | | | | Sold (part) | 03/19/14 | O | | |
| 294. | | | | | Buy (add'l) | 03/27/14 | M | | |
| 295. | | | | | Buy (add'l) | 05/05/14 | N | | |
| 296. | | | | | Buy (add'l) | 07/24/14 | L | | |
| 297. | | | | | Buy (add'l) | 09/02/14 | L | | |
| 298. | | | | | Buy (add'l) | 09/25/14 | M | | |
| 299.  -- TUP Options | None | | | | Sold | 01/16/14 | J | | |
| 300. | | | | | Sold | 01/23/14 | J | | |
| 301. | | | | | Sold | 01/27/14 | J | | |
| 302. | | | | | Sold | 02/25/14 | J | | |
| 303. | | | | | Sold | 03/25/14 | J | | |
| 304. | | | | | Sold | 05/01/14 | J | | |
| 305. | | | | | Sold | 05/20/14 | J | | |
| 306. | | | | | Sold | 06/24/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 02/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 307. | | | | | Sold | 10/22/14 | J | | |
| 308.  -- GD | | Dividend | | | Sold | 01/17/14 | N | | |
| 309.  -- PM | A | Dividend | | | Buy<br>(add'l) | 01/08/14 | M | | |
| 310. | | | | | Buy<br>(add'l) | 02/27/14 | M | | |
| 311. | | | | | Sold<br>(part) | 03/26/14 | M | | |
| 312. | | | | | Sold | 06/25/14 | N | E | |
| 313.  -- PM Options | | None | | | Sold | 01/06/14 | | | |
| 314. | | | | | Sold | 01/23/14 | J | | |
| 315. | | | | | Sold | 02/25/14 | J | | |
| 316. | | | | | Sold | 05/13/14 | J | | |
| 317.  -- UAN | A | Dividend | | | Sold | 01/23/14 | K | A | |
| 318. | | | | | Buy | 01/24/14 | K | | |
| 319. | | | | | Sold | 03/03/14 | K | | |
| 320.  -- UAN Options | | None | | | Sold | 01/22/14 | J | | |
| 321.  -- ESV | F | Dividend | O | T | Buy<br>(add'l) | 01/06/14 | M | | |
| 322. | | | | | Buy<br>(add'l) | 01/08/14 | M | | |
| 323. | | | | | Buy<br>(add'l) | 01/27/14 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Moody, Jr., James S. | 02/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy (add'l) | 06/23/14 | M | | |
| 325. | | | | | Buy (add'l) | 07/16/14 | L | | |
| 326. | | | | | Buy (add'l) | 10/24/14 | K | | |
| 327. | | | | | Buy (add'l) | 11/28/14 | K | | |
| 328. | | | | | Buy (add'l) | 12/29/14 | K | | |
| 329. -- ESV Options | | None | | | Sold | 01/02/14 | J | | |
| 330. | | | | | Sold | 01/06/14 | J | | |
| 331. | | | | | Sold | 01/23/14 | J | | |
| 332. | | | | | Sold | 02/25/14 | J | | |
| 333. | | | | | Sold | 06/19/14 | J | | |
| 334. | | | | | Sold | 07/22/14 | J | | |
| 335. | | | | | Sold | 11/25/14 | J | | |
| 336. | | | | | Sold | 12/24/14 | J | | |
| 337. -- WYNN | E | Dividend | O | T | Buy | 06/30/14 | N | | |
| 338. | | | | | Buy (add'l) | 09/24/14 | K | | |
| 339. | | | | | Buy (add'l) | 09/25/14 | M | | |
| 340. | | | | | Buy (add'l) | 11/28/14 | M | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Moody, Jr., James S. | 02/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 341. | | | | | Buy (add'l) | 12/29/14 | M | | |
| 342.  -- WYNN Options | | None | | | Sold | 06/26/14 | J | | |
| 343. | | | | | Sold | 07/22/14 | J | | |
| 344. | | | | | Sold | 08/19/14 | J | | |
| 345. | | | | | Sold | 09/23/14 | J | | |
| 346. | | | | | Sold | 10/21/14 | J | | |
| 347. | | | | | Sold | 11/25/14 | J | | |
| 348. | | | | | Sold | 12/24/14 | J | | |
| 349.  -- BP | D | Dividend | M | T | Buy | 03/24/14 | N | | |
| 350. | | | | | Buy (add'l) | 03/28/14 | L | | |
| 351. | | | | | Sold | 04/23/14 | N | D | |
| 352. | | | | | Buy | 04/28/14 | M | | |
| 353. | | | | | Sold | 05/09/14 | M | D | |
| 354. | | | | | Buy | 11/28/14 | L | | |
| 355. | | | | | Buy (add'l) | 12/29/14 | K | | |
| 356.  -- BP Options | | None | | | Sold | 03/20/14 | J | | |
| 357. | | | | | Sold | 04/24/14 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 358. -- CRC | | None | K | T | Spinoff (from line 169) | 06/25/14 | K | | |
| 359. -- DOW | B | Dividend | K | T | Buy | 01/13/14 | M | | |
| 360. | | | | | Buy (add'l) | 01/16/14 | L | | |
| 361. | | | | | Sold (part) | 01/23/14 | L | A | |
| 362. | | | | | Sold (part) | 02/25/14 | L | B | |
| 363. | | | | | Sold (part) | 02/24/14 | M | A | |
| 364. | | | | | Buy (add'l) | 04/11/14 | K | | |
| 365. | | | | | Buy (add'l) | 04/17/14 | K | | |
| 366. | | | | | Sold (part) | 05/21/14 | K | | |
| 367. | | | | | Buy (add'l) | 06/23/14 | M | | |
| 368. | | | | | Sold (part) | 06/25/14 | K | C | |
| 369. | | | | | Sold (part) | 09/24/14 | L | C | |
| 370. | | | | | Buy (add'l) | 09/25/14 | L | | |
| 371. | | | | | Sold (part) | 11/26/14 | L | | |
| 372. | | | | | Buy (add'l) | 12/12/14 | K | | |
| 373. -- DOW Options | | None | | | Sold | 01/09/14 | J | | |
| 374. | | | | | Sold | 01/14/14 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 02/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 375. | | | | | Sold | 04/09/14 | J | | |
| 376. | | | | | Sold | 04/15/14 | J | | |
| 377. | | | | | Sold | 06/19/14 | J | | |
| 378. | | | | | Sold | 07/22/14 | J | | |
| 379. | | | | | Sold | 08/21/14 | J | | |
| 380. | | | | | Sold | 09/23/14 | J | | |
| 381. | | | | | Sold | 10/22/14 | J | | |
| 382.   -- EMN | C | Dividend | M | T | Buy | 01/23/14 | N | | |
| 383. | | | | | Sold | 02/26/14 | N | C | |
| 384. | | | | | Buy | 03/24/14 | M | | |
| 385. | | | | | Buy<br>(add'l) | 03/31/14 | N | | |
| 386. | | | | | Sold<br>(part) | 04/22/14 | M | A | |
| 387. | | | | | Sold<br>(part) | 04/23/14 | M | | |
| 388. | | | | | Buy<br>(add'l) | 04/28/14 | M | | |
| 389. | | | | | Buy<br>(add'l) | 05/05/14 | N | | |
| 390. | | | | | Buy<br>(add'l) | 06/23/14 | M | | |
| 391. | | | | | Sold<br>(part) | 06/25/14 | O | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Moody, Jr., James S. | 02/16/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 392. | | | | | Buy<br>(add'l) | 06/26/14 | O | | |
| 393. | | | | | Sold<br>(part) | 09/24/14 | O | | |
| 394. | | | | | Buy<br>(add'l) | 09/30/14 | N | | |
| 395. | | | | | Buy<br>(add'l) | 10/02/14 | L | | |
| 396. | | | | | Sold<br>(part) | 11/26/14 | N | D | |
| 397. | | | | | Buy<br>(add'l) | 12/10/14 | M | | |
| 398. -- EMN Options | None | | | | Sold | 01/21/14 | J | | |
| 399. | | | | | Sold | 03/20/14 | J | | |
| 400. | | | | | Sold | 03/28/14 | J | | |
| 401. | | | | | Sold | 04/24/14 | J | | |
| 402. | | | | | Sold | 05/01/14 | J | | |
| 403. | | | | | Sold | 05/20/14 | J | | |
| 404. | | | | | Sold | 06/19/14 | K | | |
| 405. | | | | | Sold | 06/24/14 | J | | |
| 406. | | | | | Sold | 06/24/14 | J | | |
| 407. | | | | | Sold | 07/22/14 | J | | |
| 408. | | | | | Sold | 08/19/14 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 02/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 409. | | | | | Sold | 09/26/14 | J | | |
| 410. | | | | | Sold | 09/30/14 | J | | |
| 411. | | | | | Sold | 12/08/14 | J | | |
| 412.  -- ETP | E | Dividend | N | T | Buy | 11/28/14 | N | | |
| 413.  -- ETP Options | | None | | | Sold | 11/25/14 | J | | |
| 414. | | | | | Sold | 12/24/14 | J | | |
| 415.  -- GILD | | None | L | T | Buy | 11/28/14 | M | | |
| 416. | | | | | Sold | 12/24/14 | M | D | |
| 417. | | | | | Buy | 12/29/14 | L | | |
| 418.  -- GILD Options | | None | | | Sold | 11/25/14 | J | | |
| 419. | | | | | Sold | 12/24/14 | J | | |
| 420.  -- HP | E | Dividend | O | T | Buy | 03/31/14 | M | | |
| 421. | | | | | Buy<br>(add'l) | 06/23/14 | M | | |
| 422. | | | | | Buy<br>(add'l) | 06/24/14 | M | | |
| 423. | | | | | Sold<br>(part) | 06/25/14 | M | D | |
| 424. | | | | | Buy<br>(add'l) | 06/30/14 | M | | |
| 425. | | | | | Buy<br>(add'l) | 10/07/14 | L | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 02/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 426. | | | | | Buy<br>(add'l) | 11/28/14 | M | | |
| 427.  -- HP Options | None | | | | Sold | 03/27/14 | J | | |
| 428. | | | | | Sold | 03/28/14 | J | | |
| 429. | | | | | Sold | 05/20/14 | J | | |
| 430. | | | | | Sold | 06/19/14 | J | | |
| 431. | | | | | Sold | 06/20/14 | J | | |
| 432. | | | | | Sold | 06/26/14 | J | | |
| 433. | | | | | Sold | 07/22/14 | J | | |
| 434. | | | | | Sold | 08/19/14 | J | | |
| 435. | | | | | Sold | 10/03/14 | J | | |
| 436. | | | | | Sold | 10/22/14 | J | | |
| 437. | | | | | Sold | 11/25/14 | J | | |
| 438. | | | | | Sold | 11/26/14 | J | | |
| 439. | | | | | Sold | 11/28/14 | J | | |
| 440. | | | | | Sold | 12/24/14 | J | | |
| 441.  -- NPSP | None | M | T | | Buy | 06/04/14 | L | | |
| 442. | | | | | Sold | 06/25/14 | L | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 02/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 443. | | | | | Buy | 06/26/14 | M | | |
| 444. | | | | | Buy<br>(add'l) | 09/25/14 | L | | |
| 445. | | | | | Sold<br>(part) | 11/26/14 | M | | |
| 446. | | | | | Buy<br>(add'l) | 11/28/14 | N | | |
| 447. | | | | | Sold<br>(part) | 12/24/14 | N | E | |
| 448. | | | | | Buy<br>(add'l) | 12/29/14 | M | | |
| 449.  -- NPSP Options | | None | | | Sold | 06/02/14 | J | | |
| 450. | | | | | Sold | 06/24/14 | J | | |
| 451. | | | | | Sold | 06/24/14 | J | | |
| 452. | | | | | Sold | 07/22/14 | J | | |
| 453. | | | | | Sold | 08/20/14 | J | | |
| 454. | | | | | Sold | 09/22/14 | J | | |
| 455. | | | | | Sold | 11/25/14 | J | | |
| 456. | | | | | Sold | 12/24/14 | J | | |
| 457.  -- SU | C | Dividend | M | T | Buy | 09/25/14 | M | | |
| 458. | | | | | Sold | 11/26/14 | M | | |
| 459. | | | | | Buy | 11/28/14 | M | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 460.  -- SU Options | | None | | | Sold | 09/23/14 | J | | |
| 461. | | | | | Sold | 11/25/14 | J | | |
| 462. | | | | | Sold | 12/24/14 | J | | |
| 463.  -- PG | A | Dividend | | | Buy | 01/06/14 | M | | |
| 464. | | | | | Buy<br>(add'l) | 01/24/14 | M | | |
| 465. | | | | | Sold | 04/23/14 | N | | |
| 466. | | | | | Buy | 04/28/14 | M | | |
| 467. | | | | | Buy<br>(add'l) | 05/06/14 | M | | |
| 468. | | | | | Sold<br>(part) | 05/21/14 | M | A | |
| 469. | | | | | Buy<br>(add'l) | 05/22/14 | N | | |
| 470. | | | | | Buy<br>(add'l) | 06/26/14 | M | | |
| 471. | | | | | Sold | 07/18/14 | O | | |
| 472.  -- PG Options | | None | | | Sold | 01/02/14 | J | | |
| 473. | | | | | Sold | 01/22/14 | J | | |
| 474. | | | | | Sold | 02/25/14 | J | | |
| 475. | | | | | Sold | 03/26/14 | J | | |
| 476. | | | | | Sold | 04/24/14 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 02/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 477. | | | | | Sold | 05/02/14 | J | | |
| 478. | | | | | Sold | 05/20/14 | J | | |
| 479. | | | | | Sold | 06/24/14 | J | | |
| 480. -- PXD | None | | | | Buy | 01/29/14 | N | | |
| 481. | | | | | Sold | 02/26/14 | N | A | |
| 482. | | | | | Buy | 03/31/14 | N | | |
| 483. | | | | | Sold | 05/21/14 | N | D | |
| 484. -- PXD Options | None | | | | Sold | 01/27/14 | J | | |
| 485. | | | | | Sold | 03/27/14 | K | | |
| 486. -- NOV | None | | | | Buy | 03/03/14 | N | | |
| 487. | | | | | Sold<br>(part) | 03/14/14 | M | B | |
| 488. | | | | | Buy<br>(add'l) | 03/24/14 | N | | |
| 489. | | | | | Sold | 04/23/14 | N | D | |
| 490. | | | | | Buy | 04/28/14 | M | | |
| 491. | | | | | Buy<br>(add'l) | 05/20/14 | L | | |
| 492. | | | | | Sold | 06/11/14 | M | | |
| 493. -- NOV Options | None | | | | Sold | 02/27/14 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 02/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Sold | 02/27/14 | J | | |
| 495. | | | | | Sold | 03/20/14 | J | | |
| 496. | | | | | Sold | 04/24/14 | J | | |
| 497. | | | | | Sold | 05/16/14 | J | | |
| 498. | | | | | Sold | 05/20/14 | J | | |
| 499. -- VLO | None | | | | Buy | 03/03/14 | M | | |
| 500. | | | | | Sold | 04/23/14 | M | D | |
| 501. -- VLO Options | None | | | | Sold | 02/27/14 | J | | |
| 502. -- LNC | None | | | | Buy | 03/03/14 | M | | |
| 503. | | | | | Sold | 03/26/14 | M | B | |
| 504. -- LNC Options | None | | | | Sold | 02/27/14 | J | | |
| 505. -- WLP | None | | | | Buy | 03/04/14 | M | | |
| 506. | | | | | Sold | 03/26/14 | M | B | |
| 507. -- WLP Options | None | | | | Sold | 02/28/14 | J | | |
| 508. -- INCY | None | | | | Buy | 03/04/14 | M | | |
| 509. | | | | | Buy (add'l) | 03/27/14 | L | | |
| 510. | | | | | Buy (add'l) | 04/28/14 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 02/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Sold | 06/25/14 | N | | |
| 512. | | | | | Buy | 06/26/14 | M | | |
| 513. | | | | | Buy (add'l) | 07/23/14 | K | | |
| 514. | | | | | Buy (add'l) | 07/24/14 | K | | |
| 515. | | | | | Sold (part) | 08/20/14 | L | | |
| 516. | | | | | Buy (add'l) | 09/25/14 | K | | |
| 517. | | | | | Sold | 11/26/14 | N | | |
| 518. -- INCY Options | None | | | | Sold | 02/28/14 | J | | |
| 519. | | | | | Sold | 03/25/14 | J | | |
| 520. | | | | | Sold | 03/27/14 | J | | |
| 521. | | | | | Closed | 03/28/14 | J | | |
| 522. | | | | | Sold | 04/24/14 | J | | |
| 523. | | | | | Sold | 05/20/14 | J | | |
| 524. | | | | | Sold | 06/24/14 | J | | |
| 525. | | | | | Sold | 07/18/14 | J | | |
| 526. | | | | | Sold | 07/21/14 | J | | |
| 527. | | | | | Sold | 08/21/14 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 02/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. | | | | | Sold | 09/23/14 | J | | |
| 529. | | | | | Sold | 10/22/14 | J | | |
| 530.  -- LO | None | | | | Buy | 03/24/14 | J | | |
| 531. | | | | | Buy (add'l) | 03/28/14 | M | | |
| 532. | | | | | Sold | 04/23/14 | M | B | |
| 533. | | | | | Buy | 04/28/14 | M | | |
| 534. | | | | | Sold | 05/21/14 | M | B | |
| 535. | | | | | Buy | 05/22/14 | M | | |
| 536. | | | | | Buy (add'l) | 05/27/14 | M | | |
| 537. | | | | | Sold | 06/25/14 | M | B | |
| 538. | | | | | Sold | 06/26/14 | J | | |
| 539. | | | | | Buy | 06/30/14 | M | | |
| 540. | | | | | Sold | 11/26/14 | M | | |
| 541.  -- LO Options | None | | | | Sold | 03/20/14 | J | | |
| 542. | | | | | Sold | 03/26/14 | J | | |
| 543. | | | | | Sold | 04/24/14 | J | | |
| 544. | | | | | Sold | 05/20/14 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 02/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 545. | | | | | Sold | 05/22/14 | J | | |
| 546. | | | | | Sold | 06/26/14 | J | | |
| 547. | | | | | Sold | 07/22/14 | J | | |
| 548. | | | | | Sold | 08/19/14 | J | | |
| 549. | | | | | Sold | 10/21/14 | J | | |
| 550.  -- PRU | | None | | | Buy | 05/06/14 | M | | |
| 551. | | | | | Sold | 06/25/14 | M | C | |
| 552.  -- PRU Options | | None | | | Sold | 05/02/14 | J | | |
| 553. | | | | | Sold | 05/20/14 | J | | |
| 554.  -- TM | | None | | | Buy | 05/30/14 | M | | |
| 555. | | | | | Sold | 06/25/14 | M | A | |
| 556. | | | | | Buy | 06/30/14 | M | | |
| 557. | | | | | Sold | 11/26/14 | M | D | |
| 558.  -- TM Options | | None | | | Sold | 05/28/14 | J | | |
| 559. | | | | | Sold | 06/26/14 | J | | |
| 560. | | | | | Sold | 08/20/14 | J | | |
| 561. | | | | | Sold | 09/26/14 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 02/16/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562.  -- DNOW Options | | None | | | Sold | 06/13/14 | K | | |
| 563.  -- CCL | | None | | | Buy | 06/23/14 | M | | |
| 564. | | | | | Sold | 09/24/14 | M | | |
| 565.  -- CCL Options | | None | | | Sold | 06/19/14 | J | | |
| 566.  -- NEE | | None | | | Buy | 07/22/14 | M | | |
| 567. | | | | | Sold | 11/26/14 | M | | |
| 568.  -- NEE Options | | None | | | Sold | 07/21/14 | J | | |
| 569. | | | | | Sold | 08/20/14 | J | | |
| 570. | | | | | Sold | 10/22/14 | J | | |
| 571.  -- South Carolina Bond ▨ | B | Interest | L | T | | | | | |
| 572.  -- Greenville, SC Bond ▨ | B | Interest | K | T | | | | | |
| 573.  -- Jim Moody Note Receivable | | None | O | T | Open | 01/01/14 | O | | |
| 574.  -- Bill Moody Note Receivable | | None | P1 | T | Open | 01/01/14 | P1 | | |
| 575.  Merrill Lynch - Trust #1 Inc. Bene ▨ ▨ | | | | | | | | | |
| 576.  -- CYS | | None | | | Sold (part) | 03/25/14 | L | | |
| 577. | | | | | Sold | 06/24/14 | M | | |
| 578.  -- CYS Options | | None | | | Sold | 01/07/14 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 02/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 579. | | | | | Sold | 01/08/14 | J | | |
| 580. | | | | | Sold | 01/14/14 | J | | |
| 581. | | | | | Sold | 06/16/14 | J | | |
| 582. -- CTL | | None | | | Sold | 05/21/14 | K | | |
| 583. -- AFL | C | Dividend | M | T | Buy<br>(add'l) | 01/27/14 | L | | |
| 584. -- AFL Options | | None | | | Sold | 02/28/14 | J | | |
| 585. -- VLO | | None | | | Sold | 01/23/14 | L | A | |
| 586. -- MTGE | E | Int./Div. | M | T | | | | | |
| 587. -- MTGE Options | | None | | | Sold | 06/23/14 | J | | |
| 588. -- TWO | D | Int./Div. | M | T | | | | | |
| 589. -- TWO Options | | None | | | Closed | 06/23/14 | J | | |
| 590. -- AINV | C | Int./Div. | K | T | | | | | |
| 591. -- CSQ | C | Int./Div. | L | T | | | | | |
| 592. -- AAPL | B | Dividend | M | T | Buy | 06/13/14 | L | | |
| 593. | | | | | Sold | 08/20/14 | L | A | |
| 594. | | | | | Buy | 10/02/14 | L | | |
| 595. | | | | | Buy<br>(add'l) | 11/04/14 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 02/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. | | | | | Sold (part) | 11/05/14 | L | A | |
| 597. | | | | | Buy (add'l) | 11/07/14 | K | | |
| 598. | | | | | Sold (part) | 11/26/14 | M | A | |
| 599. | | | | | Buy (add'l) | 12/26/14 | M | | |
| 600. -- AAPL Options | | None | | | Sold | 06/20/14 | J | | |
| 601. | | | | | Sold | 09/30/14 | J | | |
| 602. | | | | | Sold | 10/31/14 | J | | |
| 603. | | | | | Sold | 12/23/14 | J | | |
| 604. -- COP | C | Dividend | M | T | Buy (add'l) | 01/10/14 | K | | |
| 605. | | | | | Buy (add'l) | 01/16/14 | J | | |
| 606. | | | | | Buy (add'l) | 01/27/14 | K | | |
| 607. | | | | | Buy (add'l) | 02/26/14 | J | | |
| 608. | | | | | Sold (part) | 05/19/14 | K | D | |
| 609. | | | | | Sold (part) | 05/21/14 | K | A | |
| 610. | | | | | Buy (add'l) | 06/27/14 | L | | |
| 611. | | | | | Buy (add'l) | 08/21/14 | K | | |
| 612. -- COP Options | | None | | | Sold | 12/23/14 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 02/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 613.  -- ETP | D | Dividend | M | T | Buy | 07/10/14 | J | A | |
| 614. | | | | | Buy<br>(add'l) | 08/21/14 | L | | |
| 615. | | | | | Buy<br>(add'l) | 10/16/14 | J | | |
| 616. | | | | | Sold<br>(part) | 10/22/14 | L | | |
| 617. | | | | | Buy<br>(add'l) | 10/31/14 | M | | |
| 618. | | | | | Sold<br>(part) | 11/03/14 | J | A | |
| 619. | | | | | Buy<br>(add'l) | 11/28/14 | L | | |
| 620. | | | | | Buy<br>(add'l) | 12/26/14 | J | | |
| 621.  -- ETP Options | | None | | | Sold | 08/19/14 | J | | |
| 622. | | | | | Sold | 08/20/14 | J | | |
| 623. | | | | | Sold | 10/31/14 | J | | |
| 624. | | | | | Sold | 11/25/14 | J | | |
| 625. | | | | | Sold | 11/25/14 | J | | |
| 626. | | | | | Sold | 12/23/14 | J | | |
| 627.  -- FB | | None | J | T | Buy | 04/30/14 | J | | |
| 628. | | | | | Buy<br>(add'l) | 06/09/14 | K | | |
| 629. | | | | | Sold<br>(part) | 06/25/14 | K | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 02/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 630. | | | | | Sold<br>(part) | 07/23/14 | J | | |
| 631. | | | | | Buy<br>(add'l) | 07/29/14 | K | | |
| 632. | | | | | Buy<br>(add'l) | 08/05/14 | L | | |
| 633. | | | | | Buy<br>(add'l) | 09/03/14 | J | | |
| 634. | | | | | Sold<br>(part) | 10/01/14 | L | A | |
| 635. | | | | | Sold<br>(part) | 12/24/14 | K | B | |
| 636. -- FB Options | | None | | | Sold | 06/05/14 | J | | |
| 637. | | | | | Sold | 07/25/14 | J | | |
| 638. | | | | | Sold | 08/12/14 | J | | |
| 639. | | | | | Sold | 09/03/14 | J | | |
| 640. | | | | | Sold | 09/23/14 | J | | |
| 641. | | | | | Sold | 11/05/14 | J | | |
| 642. -- F | A | Dividend | J | T | Buy | 05/19/14 | J | | |
| 643. | | | | | Buy<br>(add'l) | 05/20/14 | J | | |
| 644. | | | | | Buy<br>(add'l) | 05/23/14 | J | | |
| 645. | | | | | Buy<br>(add'l) | 06/16/14 | L | | |
| 646. | | | | | Sold<br>(part) | 08/01/14 | L | C | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 02/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. | | | | | Buy (add'l) | 08/06/14 | J | | |
| 648. | | | | | Buy (add'l) | 08/20/14 | J | | |
| 649. | | | | | Buy (add'l) | 09/11/14 | J | | |
| 650. -- F Options | | None | | | Sold | 06/23/14 | J | | |
| 651. -- GILD | | None | L | T | Buy | 11/28/14 | M | | |
| 652. | | | | | Buy (add'l) | 12/01/14 | J | | |
| 653. | | | | | Sold | 12/24/14 | M | A | |
| 654. | | | | | Buy | 12/26/14 | L | | |
| 655. -- GILD Options | | None | | | Sold (part) | 12/23/14 | J | | |
| 656. -- HP | D | Dividend | M | T | Buy | 11/28/14 | L | | |
| 657. | | | | | Buy (add'l) | 12/01/14 | | | |
| 658. | | | | | Buy (add'l) | 12/26/14 | L | | |
| 659. -- HP Options | | None | | | Sold | 11/25/14 | J | | |
| 660. | | | | | Sold | 12/23/14 | J | | |
| 661. -- MUR | A | Dividend | J | T | Buy | 12/11/14 | J | | |
| 662. -- PM | C | Dividend | L | T | Buy | 04/01/14 | L | | |
| 663. | | | | | Sold | 05/21/14 | L | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 02/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. | | | | | Buy | 06/26/14 | L | | |
| 665. -- PM Options | | None | | | Sold | 10/21/14 | J | | |
| 666. -- PWR | | None | J | T | Buy | 11/14/14 | J | | |
| 667. -- GNI | | None | | | Sold | 02/04/14 | J | | |
| 668. -- MITT | | None | | | Sold (part) | 03/18/14 | M | | |
| 669. | | | | | Sold | 05/21/14 | K | | |
| 670. -- IVR | | None | | | Sold | 03/31/14 | L | | |
| 671. -- IVR Options | | None | | | Sold | 04/23/14 | J | | |
| 672. -- KMB | | None | | | Buy | 04/01/14 | M | | |
| 673. | | | | | Sold | 11/26/14 | M | | |
| 674. -- GIS | | None | | | Buy | 04/01/14 | L | | |
| 675. | | | | | Sold | 05/21/14 | L | B | |
| 676. -- NLY | | None | | | Sold | 04/01/14 | K | | |
| 677. -- CLX | | None | | | Buy | 04/23/14 | L | | |
| 678. | | | | | Sold | 10/22/14 | L | B | |
| 679. -- BBT | | None | | | Buy | 05/09/14 | J | | |
| 680. | | | | | Buy (add'l) | 05/20/14 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 02/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. | | | | | Sold (part) | 06/25/14 | K | B | |
| 682. | | | | | Sold | 07/23/14 | K | A | |
| 683. | | | | | Buy | 07/31/14 | K | | |
| 684. | | | | | Buy (add'l) | 08/05/14 | K | | |
| 685. | | | | | Buy (add'l) | 08/22/14 | L | | |
| 686. | | | | | Sold | 12/24/14 | M | C | |
| 687. -- BBT Options | | None | | | Sold | 08/21/14 | J | | |
| 688. -- WIN | | None | | | Sold | 05/21/14 | M | | |
| 689. -- LO | | None | | | Buy | 06/06/14 | L | | |
| 690. | | | | | Sold | 10/29/14 | L | A | |
| 691. -- LO Options | | | | | Sold | 06/05/14 | J | | |
| 692. -- BP | | None | | | Buy | 06/03/14 | M | | |
| 693. | | | | | Sold | 06/25/14 | L | | |
| 694. -- BP Options | | None | | | Sold | 05/30/14 | J | | |
| 695. -- AGNC | E | Dividend | M | T | | | | | |
| 696. -- AGNC Options | | None | | | Sold | 01/07/14 | J | | |
| 697. | | | | | Closed | 06/23/14 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 02/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. | | | | | Sold | 07/24/14 | J | | |
| 699. | | | | | Sold | 10/14/14 | J | | |
| 700. -- SBY | | None | | | Sold | 10/14/14 | J | | |
| 701. -- HYH | | None | | | Spinoff (from line 672) | 11/06/14 | J | | |
| 702. | | | | | Sold | 11/26/14 | J | | |
| 703. -- UA | | None | | | Buy | 06/26/14 | L | | |
| 704. | | | | | Sold | 08/19/14 | L | B | |
| 705. -- UA Options | | None | | | Closed | 06/24/14 | J | | |
| 706. Merrill Lynch - ICM Trust | | | | | | | | | |
| 707. -- BAC | | None | | | Distributed | 07/11/14 | K | | |
| 708. -- CAT | | None | | | Sold | 05/21/14 | M | D | |
| 709. -- CAT Options | | None | | | Sold | 03/03/14 | J | | |
| 710. | | | | | Sold | 04/16/14 | J | | |
| 711. -- GIS | | None | | | Sold | 03/26/14 | M | B | |
| 712. -- GIS Options | | None | | | Sold | 03/03/14 | J | | |
| 713. -- POT | | None | | | Sold | 03/26/14 | L | C | |
| 714. -- RF | | None | | | Distributed | 07/11/14 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 02/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 715. -- STI | None | | | | Buy<br>(add'l) | 04/21/14 | L | | |
| 716. | | | | | Sold | 06/25/14 | L | C | |
| 717. -- STI Options | None | | | | Sold | 05/20/14 | J | | |
| 718. -- MOS | None | | | | Sold | 06/25/14 | K | D | |
| 719. | | | | | Buy | 06/30/14 | L | | |
| 720. | | | | | Distributed | 07/11/14 | L | | |
| 721. -- MOS Options | None | | | | Sold | 06/27/14 | J | | |
| 722. -- WFC | None | | | | Distributed | 07/11/14 | J | | |
| 723. -- WERN | None | | | | Sold | 01/23/14 | K | | |
| 724. -- DOW | None | | | | Buy | 04/21/14 | L | | |
| 725. | | | | | Sold | 05/21/14 | L | B | |
| 726. -- DOW Options | None | | | | Sold | 04/16/14 | J | | |
| 727. -- ESV | None | | | | Buy | 03/06/14 | M | | |
| 728. | | | | | Buy<br>(add'l) | 06/30/14 | L | | |
| 729. | | | | | Distributed | 07/11/14 | M | | |
| 730. -- ESV Options | None | | | | Sold | 03/04/14 | J | | |
| 731. | | | | | Sold | 04/16/14 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 02/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 732. | | | | | Sold | 06/27/14 | J | | |
| 733. -- LO | | None | | | Buy | 05/22/14 | L | | |
| 734. | | | | | Distributed | 07/11/14 | M | | |
| 735. -- LO Options | | None | | | Sold | 07/07/14 | J | | |
| 736. -- OXY | | None | | | Buy | 04/21/14 | M | | |
| 737. | | | | | Sold | 05/21/14 | M | B | |
| 738. -- OXY Options | | None | | | Sold | 04/16/14 | J | | |
| 739. GEO THERMAL | B | Distribution | K | W | | | | | |
| 740. FIRST TAMPA ALEXANDER LLC | | None | M | W | | | | | |
| 741. MISSOURI MIDWAY LLC | | None | M | W | | | | | |
| 742. REAL PROPERTY | | | | | | | | | |
| 743. -- Diamond Hill, Valrico, FL | | None | M | W | | | | | |
| 744. -- Condo, Longboat Key, FL | D | Rent | N | W | | | | | |
| 745. -- Condo, Tampa, FL (Ryan) | | None | M | W | | | | | |
| 746. -- Land, McIntosh Rd, Hillsborough Cnty, FL | D | Rent | N | W | | | | | |
| 747. -- Property, Celo, NC | | None | O | W | | | | | |
| 748. -- Property, Highlands, NC | | None | M | W | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 02/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 749. -- Highlands, North Carolina Condo | C | Rent | N | W | | | | | |
| 750. -- Highlands, North Carolina Condo#2 | | None | | | Buy | 08/20/14 | O | | |
| 751. -- Rental Property, Plant City, FL | D | Rent | O | W | | | | | |
| 752. -- Tampa Condo #1 | D | Rent | M | W | | | | | |
| 753. -- Tampa Condo #2 | D | Rent | M | W | | | | | |
| 754. -- Tampa Condo #3 | D | Rent | N | W | | | | | |
| 755. -- Tampa Condo #4 | E | Rent | N | W | | | | | |
| 756. -- St. Petersburg Condo #1 | E | Rent | N | W | | | | | |
| 757. -- St. Petersburg Condo #2 | E | Rent | N | W | | | | | |
| 758. -- Gainesville, FL Condo | | None | N | W | | | | | |
| 759. -- Tampa Condo #5 | | None | N | W | | | | | |
| 760. -- Alexander St., Plant City, FL | | None | N | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 02/16/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James S. Moody, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544